AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

ZO XABIERE ALI, also known as )
LORENZO RICHARDSON, )
)
      Plaintiff, )
)
v. )
) **JUDGMENT**
NORTH CAROLINA SHERIFF'S ASSOCIATION ) **CASE NO. 5:13CV-239-D**
and NORTH CAROLINA ASSOCIATION OF )
DISTRICT COURT JUDGES, )
)
      Defendants )

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [D.E. 1] is ALLOWED. The Clerk shall file the Complaint [D.E. 1-1]. The Complaint is DISMISSED as frivolous. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 19, 2013** WITH A COPY TO:

Zo Xabiere Ali, Pro se (via USPS to 3108 Fields Drive, Raleigh, NC 27603)


April 19, 2013                                        JULIE A. RICHARDS, Clerk
Date                                                 Eastern District of North Carolina

                                                         /s/ Debby Sawyer
                                                         (By) Deputy Clerk

Raleigh, North Carolina